# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Hughes Socol Piers Resnick & Dym, Ltd.

                              Plaintiff,

v.                                            Case No.: 1:18−cv−02114

                                                 Honorable Marvin E. Aspen

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing set for 8/23/2018 is stricken and reset to 10/25/2018 at 10:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.